AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

**FILED**
1:49 pm Sep 12 2025
Clerk U.S. District Court
Northern District of Ohio
Cleveland

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  1:25 MJ 4236 |
| | ) | |
| | ) | |
| Blake Austin Meyer | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  7/7/2025 and 9/12/2025  in the county of  Lake  in the Northern District of  Ohio , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 922(g)(1) | Possession of a Firearm and/or Ammunition by a Prohibited Person (2 counts) |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Timothy M. Hornbeck, Special Agent, FBI
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date:  09-12-2025

*Judge's signature*

City and state:  Cleveland, Ohio     Jonathan D. Greenberg, U.S. Magistrate Judge
*Printed name and title*