1:25 MJ 4236

# AFFIDAVIT

I, Timothy M. Hornbeck, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since September 15, 2019.  Your Affiant is currently assigned to the FBI Cleveland Division Joint Terrorism Task Force (JTTF).  With the FBI, your Affiant has been assigned responsibilities to investigate federal crimes involving International and Domestic Terrorism, Violent Crime, Narcotics/Drug Trafficking, Officer-Involved Shootings, Crimes Against Children, Fraud, Financial Crimes with a Nexus to Violent Crime, and other general criminal offenses. Your Affiant has been on the FBI Evidence Response Team (ERT) since February of 2020, and as a result, has identified, handled, and processed numerous types of seized evidence. During my law enforcement career, I have worked in the capacity of case agent and co-case agent on numerous major crimes related to Title 18 U.S.C and Title 21 U.S.C.

2. Prior to joining the FBI, your Affiant served four years in the United States Marine Corps as a Military Police Officer. As a Military Police Officer, your Affiant served in positions such as Watch Commander/Patrol Lieutenant, Platoon Commander, Company Executive Officer, and Company Commander.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not set forth all of my knowledge about this matter.

**PURPOSE OF AFFIDAVIT**

4. This affidavit is made in support of a criminal complaint and an arrest warrant for BLAKE AUSTIN MEYER (hereafter MEYER) for violating:

   a. Title 18, United States Code, Section 922(g)(1) – Possession of a Firearm and/or Ammunition by a Prohibited Person - It shall be unlawful for any person— (1) who knowingly has been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year; to ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

**PROBABLE CAUSE**

5. In January of 2025, FBI Cleveland (CV) began an investigation concerning Blake Austin MEYER ("MEYER") relative to possible violations of Title 18 U.S.C. § 922(g)(1) (Possession of a Firearm and/or Ammunition by a Prohibited Person), 18 U.S.C. § 932 (Conspiracy to Straw Purchase a Firearm), and 21 U.S.C. § 841(a)(1) (Possession with the Intent to Distribute a Controlled Substance).

6. MEYER was referenced in a law enforcement database report as being an "enforcer" for the Aryan Brotherhood. Open-source checks of MEYER'S Facebook profile returned a profile with display name "Blake Meyers" and URL facebook.com/blake.meyer.737. A review of the profile showed multiple images of firearms and historical posts relating to potential militia affiliation, large quantities of U.S. currency (cash), and an AR style rifle.

7. The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) indicated MEYER was a prohibited possessor with regards to firearms based upon a previous felony

conviction related to a burglary. MEYER was convicted on November 4, 2021, of Burglary in violation of ORC 2911.12(a)(3), a felony of the third degree, in Lake County Court of Common Pleas, Case Number 21-CR-569. A review of police from that conviction revealed that MEYER had forcibly broken into another person's residence and stole multiple electronic devices. During the investigation, a witness reported that MEYER threatened to kill him if he spoke with law enforcement.

8. Also on July 16, 2025, the FBI obtained a video that was recorded on or about July 7, 2025. The video had no audio, however, MEYER's known phone number appears at the top of the video. In the video, a 3D printer was visible, which MEYER claimed was used to manufacture a firearm. MEYER walked through his residence and showed multiple grow rooms containing numerous green marijuana plants, a blue 50-gallon trash can, a white five-gallon bucket, and a folding table with several canisters. Two of the grow rooms were lined with black plastic. MEYER also showed himself holding a compact or subcompact pistol with a weapon mounted light in his free hand.



3

MEYER is viewed racking the pistol, chambering a round, pointing the weapon away from his person, and firing a round off-screen. MEYER also recovered what appeared to be a bullet or bullet fragment. Towards the end of the video, MEYER briefly held the magazine in front of the camera and two additional rounds/cartridges were visible. MEYER held up an unspent round of ammunition to the screen.

9. On July 22, 2025, the writer received documents from Ohio Department of Rehabilitation and Corrections (ODRC) showing Security Threat Group (STG) reporting on MEYER when he was an inmate around 2022. The date range for the information obtained from ODRC was approximately June 29, 2022, to December 19, 2022. MEYER self-reported to ODRC membership in the Aryan Brotherhood. ODRC noted Aryan Brotherhood[1] tattoos on MEYER, including "SS" lightning bolts (known to the writer as a common reference to the neo-Nazi symbol derived from the Schutzstaffel/SS of Nazi Germany) with "OH" and "AB" visible in the adjacent area tattooed on the skin. The two "SS" lightning bolt tattoos were present on the center of the chest. ODRC records detailed an assault that occurred inside the institution committed by MEYER upon another inmate at the direction of a "Captain" of the

---

[1] Open-source reporting indicates the Aryan Brotherhood is a violent, white supremacist, organized crime syndicate comprised primarily of neo-Nazis which was founded in 1964 and is based in the United States. Their criminal enterprises include many federal violations, to include, but not limited to, narcotics trafficking, firearms/weapons trafficking, extortion, and murder. The Aryan Brotherhood is commonly associated with Racially or Ethnically Motivated Violent Extremism (REMVE), which encompasses threats involving the unlawful use or threat of force or violence, in violation of federal law, in furtherance of political, social, or religious goals that derive from racial or ethnic bias held by the actor against others. REMVEs use political, social, and religious justifications to support their racially- or ethnically based ideological objectives and criminal activities.

Aryan Brotherhood. MEYER admitted carrying out the "hit" on behalf of the Aryan Brotherhood.

10. On July 30, 2025, your Affiant interviewed a Detective with the Eastlake Police Department who stated he was familiar with MEYER around the 2024 timeframe. The Detective first became aware of MEYER during a cocaine trafficking investigation. MEYER admitted to the Detective that he was still a member of the Aryan Brotherhood.

11. On July 31, 2025, FBI Cleveland was notified by Beachwood Police Department that on July 30, 2025, an individual they suspected to be MEYER, called the Maltz Museum, located in Beachwood, Ohio, for a report of a suspicious phone call. A witness stated, when speaking with the male caller (20s or 30s), he inquired about the purpose of the museum, operation hours, and admission cost. The caller went on to ask if his association with the Aryan Nation would be a problem, and that Hitler's ideology was appealing to him as of late. The caller mentioned that he and his brothers would be coming to check out the museum. The caller ended the phone call by stating, "Heil Hitler."

12. The call to the Maltz Museum was made from MEYER's known telephone number. Beachwood Police entered the number into "OLEN", and it was associated with MEYER, residing in Kirtland, Ohio. MEYER is known to Affiant to have multiple residences associated with his name.

13. The Maltz Museum is known to your Affiant as a private museum focused on Jewish history and heritage.

14. On August 1, 2025, your Affiant submitted an application for a search warrant under Federal Rule of Criminal Procedure 41 and 18 U.S.C. §§ 2703(c)(1)(A) for information about the location of MEYER's known telephone number.

15. The FBI began receiving information from the service provider regarding the known telephone number during the evening hours of August 1, 2025.

16. On September 4, 2025, Mentor Police Department responded to the Huntington Bank, located at 7800 Reynolds Rd in Mentor OH. The police report provided the following information: The officer responded to the bank for a report of a male that caused a disturbance at the bank. The victim stated MEYER came into the bank and was attempting to cash a check from his employer. MEYER got upset that he was unable to process the check and stated, "I'm really gonna go to jail over a bank" and "I will be back with something a lot bigger and a lot stronger". Then MEYER stormed out of the bank. The responding officer contacted MEYER telephonically. MEYER stated he was driving 120mph towards dead man's curve and was just going to end it all. Due to a misunderstanding between him and his employer, MEYER believed he was wanted for robbing the bank and was in a panicked state because he did not want to go back to prison. The officer advised dispatch to call Cleveland to be on the lookout for MEYER's vehicle traveling at a high rate of speed towards dead man's curve. The officer was able to calm MEYER down. MEYER stated he is schizophrenic and was unable to get his medication because he didn't have the money. MEYER stated that he was aware he had an outburst in the bank but clarified that he stated, "I will be back with someone bigger and stronger". MEYER stated that he was referring to his employer and that he was going to have him come to the bank to sort out the check situation. The manager of the bank wanted MEYER warned that he would be charged with trespass if he entered into any Mentor Huntington Bank locations. MEYER then met the Mentor police officer in Mentor, Ohio. When MEYER arrived, he claimed that after he told the officer he was driving towards dead man's curve, some people from the Cleveland Police crisis team called him. MEYER claimed they told him that they had extensive rescue services staged at

dead man's curve waiting for him and were trying to talk him down. From these statements, it appeared that MEYER was dealing with mental health issues. MEYER talked about how he was expecting a child in two weeks but went home a few days ago his pregnant wife was using cocaine, and he did not want to call anyone because he thought he would get arrested. MEYER stated he has not used drugs since he got out of prison earlier this year. MEYER also claimed that he had previous drug dealers drive by and shoot at his house, which prompted him to recently purchase firearms. MEYER stated the weapons were at home but that he purchased two fully automatic AR-15 rifles and a fully automatic magazine fed shotgun. The officer asked how he could have purchased the weapons since MEYER was a convicted felon. MEYER stated he went to "some guy out in Geneva" and when he asked how to get a gun as a felon, the male initially told him to get out but then told him for $200 extra he could make it happen. MEYER also stated the serial numbers were filed off. MEYER proceeded to show the officer a picture on his iPhone of an AR-15 style rifle and claimed it was the one at his house. MEYER was aware of the amount of prison time he could serve if caught with the rifles but stated he needed the protection. MEYER would not go into further detail about where he purchased the guns.

17. The listed address for MEYER on the Mentor police report was located in Kirtland, Ohio, with a phone number of the previously known Cell Phone number and matching DOB to MEYER.

18. On September 6, 2025, MEYER called the FBI National Threat Operations Center (NTOC) and asked questions. MEYER was inquiring if the FBI was investigating him. MEYER also revealed that he was a convicted felon, and people were coming after him. MEYER stated that he knows people who are certified firearms dealers that were willing to sell

him guns. MEYER was advised against this since he was a felon and was advised to contact 911/local police if he felt his life was in immediate danger.

19. On September 12, 2025, duly authorized federal search warrants were executed at known residences of MEYER. The FBI conducted a recorded interview of MEYER, during which MEYER admitted he had two magazines in the house, one was metal and one was plastic. MEYER identified the brands of magazines as Magpull and Army. The magazines were approximately 30 or 40 round magazines and there were two loose rounds on the kitchen counter.

20. MEYER admitted to being in the Aryan Brotherhood. MEYER claimed to be Jewish and that he used to practice from approximately 3-7 years old. MEYER showed agents tattoos on his chest where he blacked out the two Aryan Brotherhood patches with black ink. MEYER joined the Aryan Brotherhood while in prison for protection.

21. MEYER last did illegal drugs between four days and a week ago. MEYER stated that he previously had firearms, including an AR-15, but got rid of them in a safe way. MEYER claimed that he gave his AR-15 away about a week ago. MEYER claimed he originally traded a Glock 43x for the AR-15.

22. MEYER admitted that he recently fired the AR-15 in the backyard of his residence to make sure it worked before trading it to another individual in exchange for around $700 worth of cocaine. MEYER admitted to dealing in marijuana.

23. MEYER admitted to firing a handgun inside of the residence in Painesville about 5 to 6 months ago. At first MEYER said another individual fired the gun, however, MEYER later admitted to accidentally firing the weapon and hitting the refrigerator. MEYER stated the weapon was a Taurus pistol with a different slide and lower receiver. MEYER also claimed the

Taurus didn't have a serial number and the lower receiver was a Glock but somehow the lower receiver of the handgun fit the Taurus slide.

24. The FBI seized the following items, among other items, from the residence in Painesville, Ohio: (1) Taurus 9mm Pistol, (2) DNA swabs from the Taurus 9mm, (2) 9mm magazines, (40) loose bullets (.380 speer auto), (1) Ender 3D printer, (1) Anycubic 3D printer, (2) Creality 3D printers, (1) Creality sonic pad, (1) portable SSD card, (1) digital scale with plate containing white powder, (1) empty pistol magazine, (1) laptop, (1) ammunition S&B 23 9X19.

25. The FBI seized the following items, among other items, from Kirtland, Ohio: loose rounds of ammunition, (1) Shotgun Shell, (29) .357 Magnum, (12) "LC", (4) .45, (37) loose .223 and approximately half of a magazine, (1) 9mm, and (5) 7.62. (1) Bushnell Scope, documents relating to MEYER, DNA swabs, and (1) Shell Casing.

26. The firearm seized during the search warrant traveled in and affected interstate commerce.

## CONCLUSION

27. Based on the foregoing, your Affiant believes there is probable cause to issue a complaint charging BLAKE AUTIN MEYER with the following violations:

   a. Title 18, United States Code, Section 922(g)(1) – Possession of a Firearm and/or Ammunition by a Prohibited Person - It shall be unlawful for any person—
   (1) who has been knowingly convicted in any court of, a crime punishable by imprisonment for a term exceeding one year; to ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearm or

ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

_____
Timothy M. Hornbeck
Special Agent
Federal Bureau of Investigation

Sworn to via telephone after submission by reliable
electronic means. Fed. R. Crim. P. 4.1 and 41(d)(3).

_____
JONATHAN D. GREENBERG
UNITED STATES MAGISTRATE JUDGE

_____09-12-2025_____
DATE